The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-092-KKE |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| 1. ELVIN IRIAS-ESCOTO, | |
| 2. SELVIN PONCE-MARADIAGA, | |
| 3. HECTOR ROSALES-MARTINEZ, and | |
| 4. SAMMY MARADIAGA-ESCOTO, | |
| Defendants. | |

THE COURT, having reviewed the parties' stipulated motion for a scheduling order (Dkt. No. 54) and the records and files in this case, hereby GRANTS IN PART the motion, modifying the proposed briefing schedule for the motions in limine and the proposed date for the pretrial conference to conform to the Court's calendar.

The Court hereby ORDERS that the parties adhere to the following schedule:

- Government expert disclosures: November 1, 2024
- Defense expert disclosures: November 15, 2024
- Government 404(b) and 609 notice: November 22, 2024

Scheduling Order - 1
*United States v. Irias-Escoto, et al.* / CR24-092-KKE

- Pretrial motions and motions in limine: December 5, 2024
- Government rebuttal expert disclosures: December 6, 2024
- Oppositions to pretrial motions/motions in limine: December 12, 2024
- Replies to pretrial motions/motions in limine: December 19, 2024
- Pretrial conference: January 6, 2025
- Trial date: January 13, 2025

Any proposed modifications to this schedule must be made in writing to the Court, accompanied by a proposed order.

DATED this 7th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge