The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ELVIN IRIAS-ESCOTO,
2. SELVIN PONCE-MARADIAGA,
3. HECTOR ROSALES-MARTINEZ, and
4. SAMMY MARADIAGA-ESCOTO,

Defendants.

NO. CR24-092-KKE

SCHEDULING ORDER

THE COURT, having reviewed the parties' stipulated motion for a scheduling order (Dkt. No. 56) and the records and files in this case, hereby GRANTS the motion.

The Court hereby ORDERS that the parties adhere to the following schedule:

- Government 404(b) and 609 notice:           November 22, 2024
- Pretrial motions/motions in limine:         December 5, 2024
- Government expert disclosures:              December 6, 2024
- Oppositions to pretrial motions/motions
  in limine                                   December 12, 2024

| | |
|---|---|
| • Replies to pretrial motions/motions in limine | December 19, 2024 |
| • Defense expert disclosures | December 20, 2024 |
| • Government expert rebuttal disclosures | January 3, 2025 |
| • Pretrial conference | January 6, 2025 |
| • Trial date | January 13, 2025 |

Any proposed modifications to this schedule must be made in writing to the Court, accompanied by a proposed order.

DATED this 16th day of October, 2024.

*(signature)*

Kymberly K. Evanson
United States District Judge