The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-092-KKE |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| 1. ELVIN IRIAS-ESCOTO, | |
| 2. SELVIN PONCE-MARADIAGA, and | |
| 3. HECTOR ROSALES-MARTINEZ, | |
| Defendants. | |

THE COURT, having reviewed the parties' stipulated motion for a scheduling order (Dkt. No. 68) and the records and files in this case, hereby GRANTS IN PART the motion, modifying the proposed briefing schedule for the motions in limine and the proposed date for the pretrial conference to conform to the Court's calendar.

The Court hereby ORDERS that the parties adhere to the following schedule:

- Government 404(b) and 609 notice:          March 21, 2025
- Government expert disclosures:               March 21, 2025
- Defense expert disclosures:                   April 4, 2025
- Government rebuttal expert disclosures:      April 18, 2025

Scheduling Order - 1
*United States v. Irias-Escoto, et al.* / CR24-092-KKE

- Pretrial motions and motions in limine: April 30, 2025
- Oppositions to pretrial motions/motions in limine: May 9, 2025
- Replies to pretrial motions/motions in limine: May 16, 2025
- Pretrial conference: TBD
- Trial date: June 9, 2025

Any proposed modifications to this schedule must be made in writing to the Court, accompanied by a proposed order.

DATED this 23rd day of December, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

Scheduling Order - 2
*United States v. Irias-Escoto, et al.* / CR24-092-KKE