The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-092-KKE-1 |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| ELVIN IRIAS-ESCOTO, | |
| Defendant. | |

THE COURT, having reviewed the Government's unopposed motion and the records and files in this case, hereby GRANTS the motion (Dkt. No. 92) and ORDERS that the parties adhere to the following schedule:

- Government 404(b) and 609 notice:         April 11, 2025
- Government expert disclosures:             April 11, 2025
- Defense expert disclosures:                April 25, 2025
- Pretrial motions and motions in limine:    April 30, 2025
- Government rebuttal expert disclosures:    May 9, 2025

Scheduling Order - 1
*United States v. Irias-Escoto* / CR24-092-KKE

| | | |
|---|---|---|
| • Oppositions to pretrial motions/motions in limine: | | May 9, 2025 |
| • Replies to pretrial motions/motions in limine: | | May 16, 2025 |
| • Pretrial Conference | | TBD |
| • Trial Date | | June 9, 2025 |

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 17th day of March, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

Scheduling Order - 2
*United States v. Irias-Escoto* / CR24-092-KKE