The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN IRIAS-ESCOTO,<br><br>Defendant. | NO. CR24-092-KKE-1<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the Government's unopposed motion and the records and files in this case, hereby GRANTS the motion (Dkt. No. 100) and ORDERS that the parties adhere to the following schedule:

| | |
|---|---|
| • Government 404(b) and 609 notice: | April 11, 2025 |
| • Government expert disclosures: | April 18, 2025 |
| • Pretrial motions and motions in limine: | April 30, 2025 |
| • Defense expert disclosures: | May 2, 2025 |
| • Oppositions to pretrial motions/motions in limine: | May 9, 2025 |

Scheduling Order - 1
*United States v. Irias-Escoto* / CR24-092-KKE

| | |
|---|---|
| • Replies to pretrial motions/motions in limine: | May 16, 2025 |
| • Government rebuttal expert disclosures: | May 16, 2025 |
| • Pretrial Conference | May 28, 2025 at 10:00 a.m. |
| • Trial Date | June 9, 2025 |

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this  11th  day of April, 2025.

Kymberly K. Evanson
United States District Judge

Scheduling Order - 2
*United States v. Irias-Escoto* / CR24-092-KKE