The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN IRIAS-ESCOTO,<br><br>Defendants. | NO. CR24-092-KKE<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the Government's motion and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures:                May 5, 2025
- Pretrial motions and motions in limine:       May 7, 2025
- Oppositions to pretrial motions/motions in limine:   May 14, 2025
- Defense expert disclosures:                   May 19, 2025
- Replies to pretrial motions/motions in limine:   May 21, 2025
- Government rebuttal expert disclosures:       May 28, 2025

(Proposed) Scheduling Order - 1
*United States v. Irias-Escoto* / CR24-092-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- Pretrial Conference        May 28, 2025 at 10:00 a.m.

- Trial Date                 June 9, 2025

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this <u>24th</u> day of April, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

Presented by:

<u>s/ Jessica M. Ly</u>
JESSICA M. LY
Special Assistant United States Attorney

(Proposed) Scheduling Order - 2
*United States v. Irias-Escoto* / CR24-092-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970