The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN IRIAS-ESCOTO,<br><br>Defendant. | NO. CR24-0092-KKE-1<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the stipulated motion and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government expert disclosures:            August 1, 2025
- Defense expert disclosures:               August 15, 2025
- Government rebuttal expert disclosures:   August 29, 2025
- Government 404(b) and 609 notice:         September 5, 2025
- Pretrial motions and motions in limine:   September 10, 2025
- Oppositions to pretrial motions/motions in limine: September 24, 2025

- Replies to pretrial motions/motions in limine: October 1, 2025
- Pretrial Conference: TBD
- Trial Date: October 20, 2025

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 14th day of May, 2025.

Kymberly K. Evanson
United States District Judge

Scheduling Order - 2
*United States v. Irias-Escoto* / CR24-092-KKE