UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>ELVIN IRIAS-ESCOTO,<br><br>　　　　　　　　Defendant(s). | CASE NO. CR24-0092-KKE-1<br><br>ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER |

The Court has reviewed the parties' stipulated motion for a scheduling order and the records and files in this case, hereby GRANTS the motion (Dkt. No. 131) and ORDERS that the parties adhere to the following schedule for expert disclosures:

- Government expert disclosures: August 13, 2025
- Defense expert disclosures: August 27, 2025
- Government rebuttal expert disclosures: September 10, 2025

All other previously ordered scheduling deadlines (Dkt. No. 114) shall remain effect.  Any proposed modifications to this schedule must be made in writing to the Court with an enclosed

ORDER GRANTING STIPULATED MOTION FOR A SCHEDULING ORDER - 1

proposed order.

Dated this 28th day of July, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge